**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  EMPLOYERS REINSURANCE
   CORPORATION,

10                 Plaintiff,

11        v.

12  ORDWAY INDEMNITY, LTD.,

13                 Defendant.

14  _____/

No. C 09-01610 MEJ

**SECOND ORDER FOR PLAINTIFF TO
FILE CONSENT/DECLINATION**

15        On May 26, 2009, the Court ordered Plaintiff to inform it as to whether Plaintiff consents to

16  Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for

17  trial.  The deadline for filing the consent/declination form was June 4, 2009.  Plaintiff has failed to

18  comply with this Order.  Accordingly, the Court hereby ORDERS Plaintiff to file the

19  consent/declination by June 17, 2009.  Failure to comply with this Order may result in the

20  imposition of sanctions.

21        **IT IS SO ORDERED.**

22
23
24  Dated: June 8, 2009                        _____
                                               MARIA-ELENA JAMES
25                                             United States Magistrate Judge

26
27
28