1  Mary E. McCutcheon (State Bar No. 099939)
   Farella Braun + Martel LLP
2  14 235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: (415) 954-4400
   Facsimile: (415) 95444-8016
4
5  Kennedy P. Richardson (State Bar No. 62516)
   Thomas M. Freeman (State Bar No. 109309)
   Marion's Inn
6  1611 Telegraph Ave., Ste. 707
   Oakland, CA 94612
7  Telephone: 510-451-6770
   Fax: 510-451-1711
8  Email: kpr@marionsinn.com
   Email: tmf@marionsinn.com
9
   Attorneys for Defendant
10 Ordway Indemnity, Ltd.

11                 UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                   SAN FRANCISCO DIVISION
14

15 EMPLOYERS REINSURANCE                 Case No. C 09-01610 MEJ SBA
16 CORPORATION N/K/A WESTPORT
   INSURANCE CORPORATION,
17
              Plaintiff,                 STIPULATION AND [PROPOSED]
18                                       ORDER SUBSTITUTING ATTORNEYS
        v.
19
   ORDWAY INDEMNITY, LTD,
20
              Defendant.
21

22
23
24     NOTICE TO THE PLAINTIFF AND ITS ATTORNEYS OF RECORD:
25     IT IS HEREBY STIPULATED by the undersigned that Marion's Inn, by Kennedy P.
26 Richardson and Thomas M. Freeman, 1611 Telegraph Avenue, Suite 707, Oakland, CA 94612-
27 2145, 510-451-6770 (telephone), 510-451-1711 (facsimile), kpr@marionsinn.com and
28 tmf@marionsinn.com be substituted as attorney of record of the above-entitled action in place of

1  Farella, Braun + Martell LLP, by Mary E. McCutcheon, to prosecute all matters therein on behalf
2  of defendant Ordway Indemnity, Ltd.

FARELLA, BRAUN + MARTEL LLP
MARY E. MCCUTCHEON

So Stipulated:

Dated: May 28, 2009.

By: /s/ Mary E. McCutcheon
    Mary E. McCutcheon.

MARION'S INN
KENNEDY P. RICHARDSON
THOMAS M. FREEMAN

So Stipulated:

Dated: _____, 2009.

By: _____
    Kennedy P. Richardson

On behalf of my client, Ordway Indemnity, Ltd., I agree and consent to the foregoing.

ORDWAY INDEMNITY, LTD.
MARK S. ZEMELMAN

Dated: _____, 2009.

By: _____
    Mark S. Zemelman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2009

By: _____
    Judge of the U.S. District Court

1 | Farella, Braun + Martell LLP, by Mary E. McCutcheon, to prosecute all matters therein on behalf
2 | of defendant Ordway Indemnity, Ltd.

FARELLA, BRAUN + MARTEL LLP
MARY E. MCCUTCHEON

So Stipulated:

Dated: May 28, 2009.

By: *[signature]*
Mary E. McCutcheon.

MARION'S INN
KENNEDY P. RICHARDSON
THOMAS M. FREEMAN

So Stipulated:
Dated: June 4, 2009.

By: *[signature]*
Kennedy P. Richardson

On behalf of my client, Ordway Indemnity, Ltd., I agree and consent to the foregoing.

ORDWAY INDEMNITY, LTD.
MARK S. ZEMELMAN

Dated: May 28, 2009.

By: *[signature]*
Mark S. Zemelman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/23, 2009

By: *[signature]* Saundra B. Armstrong
Judge of the U.S. District Court

---

STIPULATION SUBSTITUTING ATTORNEYS
CASE NO. C 09-01610 MEJ

2

## PROOF OF SERVICE

I, the undersigned, state:

I am over the age of eighteen and not a party to this action. My business address is 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2145, which is located in Alameda County.

On June 8, 2009 I served the attached document(s):

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING ATTORNEYS

\_\_X\_\_ **BY MAIL**. I am familiar with the business practice at my place of business for collection and processing of correspondence for delivery by U.S. mail. Correspondence so collected and processed is placed in a sealed enveloped, with postage fully prepaid, addressed to the recipient(s) listed below, and deposited in a mailbox that same day in the ordinary course of business.

\_\_\_\_\_ **BY EXPRESS SERVICE CARRIER**. I am familiar with the business practice at my place of business for collection and processing of correspondence for delivery by an overnight express service carrier. Correspondence so collected and processed is placed in a sealed envelope, with delivery fees paid or provided for, addressed to the recipient(s) listed below, and deposited in a designated express service mail box that same day in the ordinary course of business.

\_\_\_\_\_ **BY FACSIMILE**. I am familiar with the business practice at my place of business for collection and processing of correspondence for delivery facsimile transmission. Correspondence so collected and processed is sent from a facsimile machine, whose number is 510-451-1711, to the recipient(s) listed below.

Margaret L. Parker
Andrew E. Saxon
DLA Piper LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933

Mary E. McCutcheon
Erica Villanueva
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Ronald P. Schiller
Daniel 1. Layden
DLA PIPER LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, P A 19103

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 8, 2009

_____
Caitlin Thompson