1  Margaret L. Parker (State Bar No. 129897)
   Andrew E. Saxon (State Bar No. 227344)
2  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
3  San Francisco, CA 94105
   Telephone: 415-836-2500
4  Facsimile: 415-236-2501

5  *Of Counsel*:

6  Ronald P. Schiller (to be admitted *pro hac vice*)
   Daniel J. Layden (to be admitted *pro hac vice*)
7  DLA PIPER LLP (US)
   One Liberty Place
8  1650 Market Street, Suite 4900
   Philadelphia, PA 19103
9  Telephone: 215-656-3300
   Facsimile: 215-656-3301
10
   Attorneys for Plaintiff
11 Employers Reinsurance Corporation
   n/k/a Westport Insurance Corporation
12
   Kennedy P. Richardson, (State Bar No. 62516)
13 Thomas M. Freeman, (State Bar No. 109309)
   Marion's Inn, a Law Partnership
14 1611 Telegraph Avenue, Suite 707
   Oakland, CA  94612
15 Telephone:  (510) 451-6770
   Facsimile: (510) 451-1711
16 Email: kpr@marionsinn.com
   Email: tmf@marionsinn.com
17
   Attorneys for Defendant
18 Ordway Indemnity, Ltd.

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21

22 | EMPLOYERS REINSURANCE CORPORATION | ) | No. C 09-01610 SBA |
23 | N/K/A WESTPORT INSURANCE CORPORATION | ) | |
   | | ) | STIPULATION AND ORDER FOR |
24 | Plaintiff, | ) | MODIFICATION OF INITIAL DISCLOSURE DATES |
25 | v. | ) | |
26 | ORDWAY INDEMNITY, LTD., | ) | |
27 | Defendant. | ) | |
28

1    IT IS HEREBY STIPULATED, by and between Plaintiff Employers Reinsurance Corporation n/k/a Westport Insurance Corporation ("ERC") and Defendant Ordway Indemnity, Ltd. ("Ordway") as follows:

WHEREAS, Ordway has agreed to cooperate in an informal exchange of information concerning the underlying claims referenced in the Complaint for Declaratory Judgment;

WHEREAS, the parties are engaged in discussions regarding the scope and time table for this informal collection and exchange of information that may otherwise be included in the initial disclosures required by rule 26 of the Fed. Rules of Civ. Pro. and wish to avoid for the time being the need to prepare a formal response that would otherwise be required;

WHEREAS, the parties are engaged in discussions concerning ADR but need additional time to resolve issues regarding the timing and selection of the most useful ADR method for possible resolution of issues referenced in the Complaint for Declaratory Judgment; and

WHEREAS, the parties have stipulated to extend the response date to the Complaint until September 11, 2009.

THEREFORE, ERC and Ordway hereby stipulate and agree that: (1) the deadline to file the ADR Certification signed by parties and counsel shall be extended from July 2, 2009 to September 2, 2009; (2) the deadline to file a Stipulation to ADR Process or Notice of need for ADR Phone Conference shall be extended from July 2, 2009 to September 2, 2009; (3) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be extended from July 2, 2009 to September 2, 2009; and (4) the deadline to

///
///
///
///
///
///
///

1  file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file
2  Case Management Statement be extended from July 16, 2009 to September 9, 2009.

4  SO STIPULATED:

6  DATED: June __, 2009.                    DLA PIPER LLP

                                            By:_____
                                                 Margaret L. Parker

                                            Attorneys for Plaintiff
                                            EMPLOYERS REINSURANCE
                                            CORPORATION N/K/A WESTPORT
                                            INSURANCE CORPORATION

12 SO STIPULATED:
13 DATED: June __, 2009.                    MARION'S INN

                                            By: _____
                                                 Thomas M. Freeman

                                            Attorneys for Defendant
                                            ORDWAY INDEMNITY, LTD.

   GOOD CAUSE APPEARING, IT IS SO ORDERED.
   DATED: 7/13/09
                                            By:_ /s/ Saundra B Armstrong _____

                                             Hon. Saundra Brown Armstrong

                                            Judge Of the United States District Court

3

STIPULATION AND ORDER FOR MODIFICATION OF INITIAL DISCLOSURE DATES   Case No. C 09-01610 SBA