UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EMPLOYERS REINSURANCE
CORPORATION n/k/a WESTPORT
INSURANCE CORPORATION,

        Plaintiff,

        vs.

ORDWAY INDEMNITY, LTD.,

        Defendant.

CASE NO. C. 09-01610 SBA

ORDER GRANTING ORDWAY
INDEMNITY, LTD.'S MOTION TO FILE
MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS UNDER
SEAL

        The Court, having considered the papers submitted and arguments presented in support of Defendant Ordway Indemnity, Ltd.'s ("Ordway") Motion to File Motion to Compel Arbitration and Stay Proceedings Under Seal, AND THE Stipulation of the parties, and good cause appearing, HEREBY ORDERS THAT Ordway's Motion is GRANTED.

        PURSUANT TO STIPULATION,  IT IS  FURTHER ORDERED THAT Ordway's full Motion to Compel Arbitration and Stay Proceedings shall be filed under seal until further Order of this Court, and the redacted version presented to the Court shall be filed publicly.

        IT IS FURTHER ORDERED THAT Plaintiff shall file its response to Defendant's motion to compel arbitration by October 16, 2009, and Defendant shall file its reply by October 30, 2009.  The December 15, 2009 hearing date on the motion shall remain unchanged.

        IT IS SO ORDERED.

Dated: September 22, 2009.

                   _____
                   Saundra Brown Armstrong
                   UNITED STATES DISTRICT JUDGE