Margaret L. Parker (State Bar No. 129897)
Andrew E. Saxon (State Bar No. 227344)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415-836-2500
Facsmile: 415-836-2501

*Of Counsel:*
Ronald P. Schiller (admitted *pro hace vice*)
Daniel J. Layden (admitted *pro hace vice*)
Hangley Aronchick Segal & Pudlin
Philadelphia, PA 19103
Telephone: 215-496-7020
Facsimile: 215-851-7020

Attorneys for Plaintiff
Employers Reinsurance Corporation
n/k/a Westport Insurance Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMPLOYERS REINSURANCE CORPORATION N/K/A WESTPORT INSURANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ORDWAY INDEMNITY, LTD.,<br><br>Defendant. | Case No. C 09-01610 SBA<br><br>[XXXXXXXX] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>Argument Date: December 15, 2009<br>Time: 1 pm<br>Courtroom: 1<br>Judge: The Honorable Saundra B. Armstrong |

DLA PIPER LLP (US)
SAN FRANCISCO

Case No. C 09-01610

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND STAY PROCEEDINGS

Having considered the papers submitted in support of Plaintiff's Request For Leave To File Sur-Reply Memorandum Of Points And Authorities In Opposition To Defendant's Motion To Compel Arbitration And Stay Proceedings ("Request"), the Court hereby Grants Plaintiff's Request.

The memorandum attached as Exhibit A to Plaintiff's Request, and the Declaration of Daryl Douglas attached as Exhibit B to Plaintiff's Request, are hereby deemed filed.

IT IS SO ORDERED.

Dated: __12/3/09__

_____
The Honorable Saundra B. Armstrong

Case No. C 09-01610    -2-    [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND STAY PROCEEDINGS

DLA PIPER LLP (US)
SAN FRANCISCO