IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS REINSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br> ORDWAY INDEMNITY, LTD.,<br><br>    Defendant._____/ | No. C 09-01610 SBA<br><br>**RECUSAL ORDER** |

Due to a conflict of interest, I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section E.2 of the Assignment Plan of this Court.

All pending dates of motion, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

IT IS SO ORDERED.

Dated: 12/9/09

SAUNDRA BROWN ARMSTRONG
United States District Judge