**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**December 10, 2009**

**CASE NUMBER:  CV 09-01610 SBA**
**CASE TITLE:  EMPLOYERS REINSURANCE CORPORATION-v-ORDWAY INDEMNITY, LTD.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: December 10, 2009

FOR THE EXECUTIVE COMMITTEE:

_____
   Richard W. Wieking
                Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 12/10/2009 cjl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA