Kennedy P. Richardson (State Bar No.62516)
Thomas M. Freeman (State Bar No. 109309)
Bonnie A. Miluso (State Bar No. 237150)
Marion's Inn LLP
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2145
Telephone: (510) 451-6770
Fax: (510) 451-1711
Email: kpr@marionsinn.com
Email: tmf@marionsinn.com
Email: bam@marionsinn.com

Attorneys for Defendant Ordway
Indemnity, Ltd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EMPLOYERS REINSURANCE CORPORATION n/k/a WESTPORT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ORDWAY INDEMNITY, LTD.,<br><br>Defendant. | CASE NO. C. 09-01610 PJH<br><br>ORDWAY INDEMNITY, LTD.'S AMENDED NOTICE OF MOTION TO FILE MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS WITH SELECTIVE PORTIONS OF DOCUMENTS UNDER SEAL |

TO THE DISTRICT COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Ordway Indemnity, Ltd. ("Ordway") will on Wednesday, February 3, 2010 at 9:00am, at the Ronald Dellums Federal Building and Courthouse, 1301 Clay Street, Oakland, CA 94612-5212, in Courtroom 3, 3rd Floor, move the Court pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, for an order compelling arbitration of all claims and issues asserted in the Complaint filed by plaintiff Employers Reinsurance Corporation n/k/a/ Westport Insurance Corporation ("ERC ").

///

Further, Defendant moves for an order staying these proceedings pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, pending the outcome of the arbitration.

Respectfully submitted.

Dated: December 29, 2009

MARION'S INN LLP
Kennedy P. Richardson
Thomas M. Freeman
Bonnie A. Miluso


By:_____
    Bonnie A. Miluso
Attorneys for Defendant Ordway Indemnity, Ltd.