Margaret L. Parker (State Bar No. 129897)
Andrew E. Saxon (State Bar No. 227344)
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Fax: (415) 236-2501

Ronald P. Schiller (admitted *pro hac vice*)
Daniel J. Layden (admitted *pro hac vice*)
Hangley Aronchick Segal & Pudlin
Philadelphia, PA 19103
Telephone: 215-496-7020
Facsimile: 215-851-7020

Attorneys for Employers Reinsurance Corporation
n/k/a Westport Insurance Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMPLOYERS REINSURANCE CORPORATION n/k/a WESTPORT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ORDWAY INDEMNITY, LTD.,<br><br>Defendant. | CASE NO. C. 09-01610 PJH<br><br>ORDER DENYING REQUEST TO CONTINUE<br><br>[~~PROPOSED~~] ~~ORDER~~ ~~CONTINUING~~ HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS PURSUANT TO STIPULATION |

WEST\21872487.1

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO
COMPEL ARBITRATION & STAY PROCEEDINGS
(CASE NO. C 09-01610 PJH)

# **ORDER**

Based upon the Parties' Stipulation To Continue Hearing On Defendant's Motion To Compel Arbitration And Stay Proceedings Pursuant to Local Rule 7-7(b)(1) (Docket #60), and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The hearing on Defendant's Motion To Compel Arbitration And Stay Proceedings (Docket # 41), currently scheduled to be heard on February 3, 2010 at 9:00 AM in Courtroom 3, 3rd Floor, Oakland, California, shall be continued until _____.

IT IS SO ORDERED.

DATED: 1/28/10  _____

[DENIED — Judge Phyllis J. Hamilton, United States District Court Judge — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

NO GOOD CAUSE SHOWN AND THE COURT'S CALENDAR IS ALREADY FULL ON 2/17/10.

2

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO
COMPEL ARBITRATION & STAY PROCEEDINGS
(CASE NO. C 09-01610 PJH)