1   Margaret L. Parker (State Bar No. 129897)
    Andrew E. Saxon (State Bar No. 227344)
2   DLA Piper LLP (US)
    555 Mission Street, Suite 2400
3   San Francisco, CA  94105
    Telephone:  (415) 836-2500
4   Fax:  (415) 236-2501

5   Ronald P. Schiller (admitted *pro hac vice*)
    Daniel J. Layden (admitted *pro hac vice*)
6   Hangley Aronchick Segal & Pudlin
    Philadelphia, PA 19103
7   Telephone: 215-496-7020
    Facsimile: 215-851-7020
8
    Attorneys for Employers Reinsurance Corporation
9   n/k/a Westport Insurance Corporation

10
                  UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                      OAKLAND DIVISION
13

14   EMPLOYERS REINSURANCE              CASE NO. C. 09-01610 PJH
     CORPORATION n/k/a WESTPORT
     INSURANCE CORPORATION,
15
                                        STIPULATION AND JOINT REQUEST TO
                    Plaintiff,          CONTINUE HEARING ON DEFENDANT'S
16                                      MOTION TO COMPEL ARBITRATION AND
                                        STAY PROCEEDINGS ~~AND CASE~~
17         vs.                          ~~MANAGEMENT CONFERENCE;~~ ~~PROPOSED~~
                                        ORDER THEREON
18   ORDWAY INDEMNITY, LTD.,

                    Defendant.
19

20

21

22

23

24

25

26

27

28

1  1.  In accordance with Civil Local Rule 7-7(b)(1), the parties in the above-captioned

action hereby stipulate and jointly request to the continuance of the hearing on Defendant's

Motion to Compel Arbitration and Stay Proceedings currently scheduled for February 3, 2010

until March 10, 2010 or the next available hearing date thereafter convenient to the Court.

  2.  The parties also request that the Court reschedule the Case Management Hearing to

immediately follow the rescheduled hearing on Defendant's Motion to Compel.

  3.  Good cause exists for these requests.

  4.  The hearing on Defendant's Motion to Compel was originally scheduled for

December 15, 2009.  The Court also scheduled the parties' Case Management Conference to

immediately follow the hearing on that date.

  5.  On December 9, 2009, due to a conflict of interest, The Honorable Saundra Brown

Armstrong found it necessary to recuse herself as presiding judge of this matter.  The case was

reassigned to The Honorable Phyllis J. Hamilton.

  6.  On December 29, 2009, the Court reset the hearing date for Defendant's Motion to

Compel ~~and the Case Management Conference~~ for February 3, 2010.

  7.  Shortly thereafter, Daniel J. Layden, *pro hac vice* counsel and the attorney

responsible for arguing plaintiff's opposition to Defendant's Motion to Compel, realized that the

February 3, 2010 argument date conflicted with his defense of two Rule 30(b)(6) corporate

designee depositions on February 3 and 4, 2010, in a matter pending in the District of Connecticut.

Mr. Layden was unable to move those depositions.

  8.  On January 12, 2010, after being apprised of the scheduling conflict, counsel for

Defendant agreed to stipulate to the rescheduling of argument on the Motion to Compel until

February 17, 2010 or the next available date which was convenient for the Court.

STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO
COMPEL ARBITRATION & STAY PROCEEDINGS AND CASE MANAGEMENT CONFERENCE;
PROPOSED ORDER THEREON
(CASE NO. C 09-01610 PJH

9. On February 3, 2010, the Court denied the parties' stipulation, noting that good cause was not presented and that the Court's calendar was full on February 17, 2010.

10. Having now identified the good faith reasons for their joint request, particularly the conflict of lead counsel for Plaintiff, the parties respectfully request that the Court consider and accept this stipulation and joint request to reschedule the Hearing for Defendant's Motion to Compel ~~and the Case Management Conference~~ until March 10, 2010 or the next available hearing date thereafter available to the Court.

Margaret L. Parker (State Bar No. 129897)
Andrew E. Saxon (State Bar No. 227344)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415-836-2500
Facsimile: 415-236-2501

*Of Counsel:*
Ronald P. Schiller (admitted *pro hac vice*)
Daniel J. Layden (admitted *pro hac vice*)
Hangley Aronchick Segal & Pudlin
Philadelphia, PA 19103
Telephone: 215-496-7020
Facsimile: 215-851-7020

Attorneys for Plaintiff
Employers Reinsurance Corporation
n/k/a Westport Insurance Corporation

Digitally signed by Thomas M. Freeman
Date: 2010.01.28 16:01:02 -08'00'

Kennedy P. Richardson (State Bar No. 62516)
Thomas M. Freeman (State Bar No. 109309)
Bonnie A. Miluso (State Bar No. 237150)
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2145
Telephone: 510-451-6770
Facsimile: 510-451-1711

Attorneys for Defendant Ordway
Indemnity, Ltd

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/29/10
DATE

HON. PHYLLIS

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO
COMPEL ARBITRATION & STAY PROCEEDINGS AND CASE MANAGEMENT CONFERENCE;
PROPOSED ORDER THEREON
(CASE NO. C 09-01610 PJH