| | |
|---|---|
| 1 | Margaret L. Parker (State Bar No. 129897) |
| | Andrew E. Saxon (State Bar No. 227344) |
| 2 | DLA Piper LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 836-2500 |
| 4 | Fax: (415) 236-2501 |
| 5 | Ronald P. Schiller (admitted *pro hac vice*) |
| | Daniel J. Layden (admitted *pro hac vice*) |
| 6 | Hangley Aronchick Segal & Pudlin |
| | Philadelphia, PA 19103 |
| 7 | Telephone: 215-496-7020 |
| | Facsimile: 215-851-7020 |
| 8 | |
| 9 | Attorneys for Employers Reinsurance Corporation n/k/a Westport Insurance Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMPLOYERS REINSURANCE CORPORATION n/k/a WESTPORT INSURANCE CORPORATION, | CASE NO. C. 09-01610 PJH |
| Plaintiff, | STIPULATION AND JOINT REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER THEREON |
| vs. | |
| ORDWAY INDEMNITY, LTD., | |
| Defendant. | |

1.  In accordance with Civil Local Rule 6-2(a), the parties in the above-captioned action hereby stipulate to and jointly request the continuance of the Case Management Hearing currently scheduled for April 22, 2010.

2.  The parties have reached a settlement in principle as to the claims in the above-captioned action and are currently negotiating the terms of a final settlement agreement.

3.  The parties will submit a stipulation of dismissal within 60 days of this request.

4.  As a result, there is no need for the scheduled Case Management Hearing and the parties respectfully request that the hearing be postponed.

_/s/ Margaret L. Parker_

Margaret L. Parker (State Bar No. 129897)
Andrew E. Saxon (State Bar No. 227344)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415-836-2500
Facsimile: 415-236-2501

*Of Counsel*:
Ronald P. Schiller (admitted *pro hac vice*)
Daniel J. Layden (admitted *pro hac vice*)
Hangley Aronchick Segal & Pudlin
Philadelphia, PA 19103
Telephone: 215-496-7020
Facsimile: 215-851-7020

Attorneys for Plaintiff
Employers Reinsurance Corporation
n/k/a Westport Insurance Corporation

_/s/ Thomas M. Freeman_ (Digitally signed by Thomas M. Freeman, Date: 2010.04.15 10:00:50 -07'00')

Kennedy P. Richardson (State Bar No. 62516)
Thomas M. Freeman (State Bar No. 109309)
Bonnie A. Miluso (State Bar No. 237150)
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2145
Telephone: 510-451-6770
Facsimile: 510-451-1711

Attorneys for Defendant Ordway Indemnity, Ltd

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The case management conference is continued to 6/24/10 at 1:30 p.m.

4/16/10
DATE

HON. PHYLLIS J. HAMILTON

[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]