1  Margaret L. Parker (State Bar No. 129897)
   Andrew E. Saxon (State Bar No. 227344)
2  DLA Piper LLP (US)
   555 Mission Street, Suite 2400
3  San Francisco, CA  94105
   Telephone:  (415) 836-2500
4  Fax:  (415) 236-2501

5  Ronald P. Schiller (admitted *pro hac vice*)
   Daniel J. Layden (admitted *pro hac vice*)
6  Hangley Aronchick Segal & Pudlin
   Philadelphia, PA 19103
7  Telephone: 215-496-7020
   Facsimile: 215-851-7020
8
   Attorneys for Employers Reinsurance Corporation
9  n/k/a Westport Insurance Corporation

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13

| EMPLOYERS REINSURANCE CORPORATION n/k/a WESTPORT INSURANCE CORPORATION, | CASE NO. C. 09-01610 PJH |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL; ~~PROPOSED~~ ORDER THEREON |
| vs. | |
| ORDWAY INDEMNITY, LTD., | |
| Defendant. | |

STIPULATION OF DISMISSAL;
PROPOSED ORDER THEREON
(CASE NO. C 09-01610 PJH)

1.  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of the above-captioned action.

_/s/ Andrew Saxon_  
Margaret L. Parker (State Bar No. 129897)  
Andrew E. Saxon (State Bar No. 227344)  
DLA PIPER LLP (US)  
555 Mission Street, Suite 2400  
San Francisco, CA 94105  
Telephone: 415-836-2500  
Facsimile: 415-236-2501  

*Of Counsel*:  
Ronald P. Schiller (admitted *pro hac vice*)  
Daniel J. Layden (admitted *pro hac vice*)  
Hangley Aronchick Segal & Pudlin  
Philadelphia, PA 19103  
Telephone: 215-496-7020  
Facsimile: 215-851-7020  

Attorneys for Plaintiff  
Employers Reinsurance Corporation  
n/k/a Westport Insurance Corporation  

_/s/ Thomas M. Freeman_  
Digitally signed by Thomas M. Freeman  
Date: 2010.05.31 11:51:42 -07'00'  
Kennedy P. Richardson (State Bar No. 62516)  
Thomas M. Freeman (State Bar No. 109309)  
Bonnie A. Miluso (State Bar No. 237150)  
MARION'S INN LLP  
1611 Telegraph Avenue, Suite 707  
Oakland, CA 94612-2145  
Telephone: 510-451-6770  
Facsimile: 510-451-1711  

Attorneys for Defendant Ordway Indemnity, Ltd  

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

6/9/10  
DATE

IT IS SO ORDERED  
Judge Phyllis J. Hamilton  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA